United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LINDA MORANTE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LUIS MORANTE, DECEASED<br><br>Plaintiff,<br><br>VS.<br><br>MICHELIN NORTH AMERICA, INC.,<br><br>Defendant. | § § § § § § § § § § § § § § | 3:23-CV-162 |

## **STIPULATED DISMISSAL**

On August 24, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 5.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 25th day of August, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE